IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

KAREN B. LEWIS,                          *

          Plaintiff,                     *

vs.                                      *
                                              CASE NO. 3:09-CV-119 (CDL)
MICHAEL J. ASTRUE, Commissioner          *
of Social Security,
                                         *
          Defendant
                                         *
_____

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 6, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 4th day of February, 2011.


                              S/Clay D. Land
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE